RONALD LASKI v. ANNA S. LASKI.

March 28, 1983.

Petition for certification denied.

JOHN E. MARELIA v. CHARLES D. MARTIN.

March 28, 1983.

Petition for certification denied.

JOHN E. MARELIA v. CHARLES D. MARTIN.

March 28, 1983.

Cross-petition for certification denied.

GABRIEL M. JULIANO v. PETER GASTON AND
GASTON BUILDERS, INC.

March 28, 1983.

Petition for certification denied.   (See 187 *N.J.Super.* 491)

LEONARD S. SINGER v. BAKER–FIRESTONE, INC.

March 28, 1983.

Petition for certification denied.